IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No:** |
| | : | |
| v. | : | **Magistrate No. 07-0573M-01 (CR)** |
| | : | |
| **ROY V. GRAY,** | : | **VIOLATION:** |
| | : | |
| Defendant | : | 18 U.S.C. §513(a) |
| | | (Making, Uttering or Possessing a Forged Security) |

### I N F O R M A T I O N

The United States Attorney informs the Court:

### COUNT ONE

I.      Introduction

At all times material to this Information:

1.      DF-Vimarc Corporation was a business with an office in the District of Columbia.

2.      From in or about September 2006 to on or about May 29, 2007, the defendant, **ROY V. GRAY**, was employed as a part-time accountant at DF-Vimarc's office in the District of Columbia.

3.      As one of his duties, the defendant, **ROY V. GRAY**, was responsible for maintaining the records of DF-Vimarc Corporation's business expenditures.

4.      In order to complete his duties, the defendant, **ROY V. GRAY**, had access to DF-Vimarc Corporation's checkbook.

II.      Forged Security Scheme

5.      From on or about September 2006 through on or about May 2007, in the District of Columbia, the defendant, **ROY V. GRAY,** devised and executed a scheme to steal money from DF-Vimarc Corporation by periodically forging and uttering the corporation's checks. As part of his scheme, the defendant concealed his thefts by making false entries about the forged checks in DF-Vimarc Corporation's records or by removing checks from the back of DF-Vimarc Corporation's checkbook so that their absence would not be noticed.

6.      From on or about September 2006 through on or about May 2007, in the District of Columbia, the defendant, **ROY V. GRAY**, did make, utter and possess forged securities of DF-Vimarc Corporation, with the intent to deceive DF-Vimarc Corporation.

(**Making, Uttering or Possessing a Forged Security**, in violation of Title 18, United States Code, Section 513(a)).

> JEFFREY A. TAYLOR
> United States Attorney
> District of Columbia
> Bar No. 498610

By: _____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th St., N.W., 4th floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov