UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Cr. No. 07-316 (PLF) |
| | : | |
| **ROY V. GRAY,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S REQUEST FOR BOOKING ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court enter the attached Order requiring the defendant to present himself for the purpose of booking in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

By:  /s/
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th St., N.W., 4th floor
Washington, D.C.  20530
(202) 514-7273
Angela.Schmidt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA    :
                                :
                                :   Criminal No.: 07-316 (PLF)
        v.                      :
                                :
                                :
ROY V. GRAY,                    :
                                :
        Defendant.              :

## **O R D E R**

The defendant, Roy V. Gray, having pled guilty to a criminal information in this matter, alleging a violation of 18 U.S.C. § 513(a),

It is this _____ day of November, 2007,

ORDERED that, on or before close of business on December 7, 2007, the defendant, Roy V. Gray, accompany an officer of the Metropolitan Police Department to a location specified by such officer, for the purpose of booking, fingerprinting, photographing and processing in connection with the violation of 18 U.S.C. § 513(a), and that the defendant be released upon completion of the booking procedures.

_____
PAUL L. FRIEDMAN
United States District Judge