UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

UNITED STATES OF AMERICA, : CRIMINAL NO.:
: CR 07-316
v. :
:
ROY V. GRAY, :
:
    Defendant. :

## FACTUAL PROFFER

Had this case proceeded to trial, the government would have shown, beyond a reasonable doubt, that between September 2006 and May 2007, the defendant, Roy V. Gray, devised and executed a scheme to steal money from DF-Vimarc Corporation by periodically forging and uttering the corporation's checks and engaging in various acts designed to conceal these thefts. Specifically,

In early September 2006, Hans Land, on behalf of DF-Vimarc Corporation, a North American distributor of vibrator motors made in the Netherlands by Vimarc B.V., hired Roy Gray as a part-time accountant with a salary of $45 per hour. Mr. Gray worked one or two days per week and seven to eight hours per day at Mr. Land's home office in the District of Columbia. His duties included keeping records of DF-Vimarc's corporate expenditures and providing a weekly cash status report to Mr. Land. As a result of his duties, Mr. Gray had access to DF-Vimarc's corporate checkbook and to Quikbook, its financial computer software program. Mr. Gray did not have signature authority for corporate checks at any time during his employment.

Beginning September 14, 2006, almost immediately after he was hired, and continuing through May 25, 2007, Mr. Gray without authorization wrote 44 DF-Vimarc Corporation checks to himself or to his organization, B.G.&G., also known as Bentley, Gray & Gray, totaling $245,302.55. Mr. Gray forged Mr. Land's signature on each of these checks and subsequently uttered them at

banks in the District of Columbia and elsewhere. Forty-two of these checks were honored by Wachovia Bank, where DF-Vimarc Corporation maintained its account, resulting in a total loss to DF-Vimarc Corporation of $231,122.55. Specifically, Mr. Gray forged Mr. Land's signature on the following checks and posted the checks in DF-Vimarc's records as follows:

| Date | Check # | Amount | Actual Payee | Manual Checkbook Posting (Creditor/Amount) | Quikbook Posting (Creditor) |
|---|---|---|---|---|---|
| 9/15/06 | 1804 | 2000.00 | BG&G | Check stub missing | D.C. Government |
| 9/20/06 | 1802 | 650.00 | Roy V. Gray | Check stub missing | EMO Trans Texas, Inc. |
| 9/22/06 | 1803 | 3850.00 | BG&G | Check stub missing | Chase Card Services |
| 9/25/06 | 1801 | 3500.00 | BG&G | Check stub missing | Internal Revenue Service |
| 9/30/06 | 1799 | 8820.00 | BG&G | Check stub missing | Vimarc B.V. |
| 10/2/06 | 1800 | 680.00 | Roy V. Gray | Check stub missing | EMO Trans Texas, Inc. |
| 10/3/06 | 1425 | 995.00 | Roy V. Gray | EMO $601.22 | EMO Trans Texas, Inc. |
| 10/5/06 | 1424 | 750.00 | Roy V. Gray | EMO $198.00 | EMO Trans Texas, Inc. |
| 10/5/06 | 1426 | 750.00 | Roy V. Gray | Sprint $34.84 | EMO Trans Texas, Inc. |
| 10/10/06 | 1435 | 5605.00 | BG&G | Roy V. Gray $560.50 | Vimarc B.V. |
| 10/14/06 | 1434 | 5850.55 | BG&G | EMO $198.00 | Vimarc B.V. |
| 10/16/06 | 1447 | 1019.00 | Roy Gray | Hans Land $1019.29 | EMO Trans Texas, Inc. |
| 10/20/06 | 1446 | 10,220.00 | BG&G | Sprint $24.98 | Vimarc B.V. |
| 10/23/06 | 1445 | 811.00 | Roy V. Gray | Fed Ex $102.44 | EMO Trans Texas, Inc. |
| 11/1/06 | 1463 | 9500.00 | BG&G | Sprint $31.30 | Wachovia |
| 11/15/06 | 1468 | 3970.00 | BG&G | Roy Gray $315 | EMO Trans Texas, Inc. |
| 12/4/06 | 1796 | 9500.00 | BG&G | Check stub missing | Not posted |
| 12/4/06 | 1797 | 720.00 | Roy Gray | Check stub missing | Not posted |
| 12/11/06 | 1798 | 5500.00 | BG&G | Check stub missing | Not posted |

2

| | | | | | |
|---|---|---|---|---|---|
| 12/18/06 | 1790 | 7800.00 | BG&G | Check stub missing | Not posted |
| 12/21/06 | 1791 | 6255.00 | BG&G | Check stub missing | Not posted |
| 12/29/06 | 1792 | 5945.00 | BG&G | Check stub missing | Not posted |
| 1/5/07 | 1793 | 6645.00 | BG&G | Check stub missing | Not posted |
| 1/8/07 | 1794 | 6974.00 | BG&G | Check stub missing | Not posted |
| 1/17/07 | 1528 | 8006.00 | BG&G | Sprint $124.37 | Not posted |
| 1/22/07 | 1536 | 6949.00 | BG&G | EMO $25.00 | Not posted |
| 1/29/07 | 1795 | 5494.00 | BG&G | Check stub missing | Not posted |
| 2/2/07 | 1543 | 5500.00 | BG&G | EMO $536.20 | Not posted |
| 2/13/07 | 1552 | 7884.00 | BG&G | EMO $250.00 | Not posted |
| 2/20/07 | 1561 | 7994.00 | BG&G | Check stub missing | Not posted |
| 2/28/07 | 1560 | 4953.00 | BG&G | Check stub missing | Not posted |
| 3/5/07 | 1559 | 6615.00 | BG&G | Check stub missing | Not posted |
| 3/11/07 | 1581 | 1633.00 | Roy Gray | Void | Not posted |
| 3/16/07 | 1590 | 5443.00 | BG&G | Check stub missing | Not posted |
| 3/24/07 | 1591 | 6213.00 | BG&G | Check stub missing | Not posted |
| 4/3/07 | 1604 | 5945.00 | BG&G | Check stub missing | Not posted |
| 4/6/07 | 1605 | 3945.00 | BG&G | Check stub missing | Not posted |
| 4/13/07 | 1606 | 5942.00 | BG&G | Check stub missing | Not posted |
| 4/23/07 | 1602 | 5959.00 | BG&G | No entry | Not posted |
| 5/2/07 | 1603 | 7941.00 | BG&G | No entry | Not posted |
| 5/7/07 | 1629 | 6945.00 | BG&G | Check stub missing | Not posted |
| 5/11/07 | 1628 | 3920.00 | BG&G | Check stub missing | Not posted |
| 5/14/07 | 1630 | 6338.00 | BG&G | Check stub missing | Not posted |
| 5/22/07 | 1651 | 9894.00 | BG&G | No entry | Not posted |
| 5/23/07 | 1655 | 4250.00 | BG&G | Check stub missing | Not posted |
| 5/25/07 | 1656 | 9930.00 | BG&G | Check stub missing | Not posted |

Mr. Gray concealed his unauthorized activity by posting the checks drawn to himself or his organization in DF-Vimarc's manual checkbook to various legitimate creditors, such as Sprint, Federal Express, EMO (a freight company), in a small amounts approximating that of a typical bill. Mr. Gray then posted the checks in DF-Vimarc's Quikbook computer records in the correct amount, but often to different creditors with whom the corporation conducted large-dollar transactions. Mr. Gray also concealed his unauthorized activity by removing entire pages from the corporate checkbook, or by removing checks from the back of the checkbook, so that their absence would not be noticed. In these instances, he failed to post the checks manually and often also did not post them in Quikbook.

On July 9, 2007, Mr. Gray admitted in a videotaped statement that he had forged numerous checks from DF-Vimarc Corporation and had lost all of the stolen money gambling. Mr. Gray also acknowledged that forging the checks was easy because Mr. Land trusted him.

*Angela Schmidt*
ANGELA G. SCHMIDT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

## Defendant's Acceptance

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_____11/30/07_____          _____
Date                          Roy V. Gray

## Defense Counsel's Acknowledgment

I am Roy V. Gray's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_____11/30/07_____          _____
Date                          Tony Miles, Esq.