UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | |
| | : | Criminal No.: 07-316 (PLF) |
| v. | : | |
| ROY V. GRAY, | : | |
| Defendant. | : | |

## ORDER

The defendant, Roy V. Gray, having pled guilty to a criminal information in this matter, alleging a violation of 18 U.S.C. § 513(a),

It is this 30th day of November, 2007,

ORDERED that, on or before close of business on December 7, 2007, the defendant, Roy V. Gray, accompany an officer of the Metropolitan Police Department to a location specified by such officer, for the purpose of booking, fingerprinting, photographing and processing in connection with the violation of 18 U.S.C. § 513(a), and that the defendant be released upon completion of the booking procedures.

PAUL L. FRIEDMAN
United States District Judge

