AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

FILED
NOV 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Roy V. Gray

## WAIVER OF INDICTMENT

CASE NUMBER: 07-316

I, Roy Gray, the above named defendant, who is accused of

Making, Uttering or Possessing a Forged Security

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/30/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer