CO-526
(Rev. 4/91)

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
                            )
        vs.                 )        Criminal No. 07-316
                            )
_Roy V. Gray_               )
_____        )


## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives his right to trial by jury.

_____
                    Defendant

_____
        Counsel for Defendant


I consent:

_____
AUSA.   United States Attorney


Approved:

_____
United States District Judge